**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Daniel Edward BOLYARD, a.k.a. Hill,
a.k.a. Hillbilly, Defendant–
Appellant.**

**No. 07–15653
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 26, 2009.

Susan Hollis Rothstein–Youakim, US Attorney's Office, Tampa, FL, for Plaintiff-Appellee.

Daniel Edward Bolyard, Pensacola, FL, pro se.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Thomas Ostrander, appointed counsel for Daniel Edward Bolyard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bolyard's conviction and sentence are AF-FIRMED. Bolyard's motion for the appointment of new counsel is **DENIED AS MOOT.**